| | |
|---|---|
| 1 | PATRICIA BARBOSA, Esq. (SBN 125865) |
| | BARBOSA GROUP |
| 2 | 9341 Candlewood Drive |
| | Huntington Beach, CA 92646 |
| 3 | Tel: (714) 465-9713 |
| | Fax: (714) 465-9628 |
| 4 | Barbosagrp@aol.com |
| 5 | JORDON METZ, Esq. (SBN 167355) |
| | MARGARET BYRNE IKEDA, Esq., (SBN 222303) |
| 6 | GOODMAN & METZ |
| | 17043 Ventura Blvd. |
| 7 | Encino, CA 91316 |
| | Tel: (818) 386-2889 |
| 8 | Fax: (818) 986-2889 |
| | Jordon@goodmanmetz.com |
| 9 | Maggie@goodmanmetz.com |
| 10 | Attorneys for Plaintiff, HOLLYN D'LIL |
| 11 | DENNIS D. STRAZULO, Esq. ( SBN 124695) |
| | SARA WILSON, Esq. (SBN 172888) |
| 12 | STRAZULO FITZGERALD, LLP |
| | 275 Battery Street |
| 13 | San Francisco, CA 94116 |
| | Tel: (415) 394-9500 |
| 14 | Fax: (415) 394-9501 |
| | Dstrazulo@strazlaw.com |
| 15 | swilson@strazlaw.com |
| 16 | Attorneys for Defendant, MONTGOMERY VILLAGE LIMITED PARTNERSHIP |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLLYN D'LIL, | ) | CASE NO. 4:08-cv-04690-SBA |
| Plaintiff, | ) | |
| v. | ) | Civil Rights |
| | ) | **NOTICE OF NEED FOR MEDIATION** |
| MONTGOMERY VILLAGE LIMITED PARTNERSHIP.; AND DOES 1 through 35, Inclusive, | ) | General Order 56 ¶ 6 |
| Defendants. | ) | No trial date |

Plaintiff HOLLYN D'LIL and Defendant MONTGOMERY VILLAGE LIMITED PARTNERSHIP hereby request that this matter be referred to the ADR mediation program for settlement discussions.

Good cause exists to refer this matter to mediation:

1. The Parties were directed to comply with General Order 56 pursuant to Scheduling Order filed by Judge Saundra B. Armstrong for civil complaints filed under Title III of the Americans with Disabilities Act ("ADA").

2. In compliance with General Order 56, the Parties have exchanged Initial Disclosures, pursuant to FRCP 26, and have conducted a site inspection with their respective experts. Plaintiff has provided Defendant with a report identifying barriers and proposing corrective measures to resolve Plaintiff's claims for injunctive relief.

3. The Parties has also conducted an in-person meeting to discuss Plaintiff's claims to resolve the injunctive relief claims. The Parties are negotiating Plaintiff's proposed barrier removal and are working to reach an agreement on the injunctive relief.

4. At this time the Parties are in position to profit from a referral to the Court's ADR mediation program.

Therefore, the Parties hereby stipulate and request a referral to mediation with the Court's ADR unit.

Dated: 4-1, 2009

PATRICIA BARBOSA
BARBOSA GROUP

JORDON METZ
MARGARET BYRNE IKEDA
GOODMAN & METZ

_____
Attorneys for Plaintiff
HOLLYN D'LIL

BARBOSA GROUP
CANDLEWOOD DRIVE
TINGTON BCH, CA 92646
TEL (714) 465-9713
FAX (714) 465-9628

Notice of Need For Mediation: Case No. C 08-04690 SBA        2
M/MontgomeryMall/pleading/notneedformediation

Dated: March 31, 2009

DENNIS D. STRAZULO
SARA WILSON
STRAZULO FITZGERALD, LLP

_/s/_____
Attorneys for Defendant
MONTGOMERY VILLAGE LP

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. The Parties will be referred to the ADR mediation program as soon as the calendar for the mediator and the parties permit.

Dated: 4-6-09

_Saundra B. Armstrong_
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE