PATRICIA BARBOSA, Esq. (SBN 125865)
JORDON METZ, Esq. (SBN 167355)
**BARBOSA, METZ, IKEDA & HARRISON, LLP**
17547 Ventura Blvd., Suite 310
Encino, CA 91316
Tel: (818) 386-1200
Fax: (818) 386-1212
pbarbosa@bmihlaw.com
jmetz@bmihlaw.com

Attorneys for Plaintiff
HOLLYNN D'LIL


DENNIS D. STRAZULO, Esq. (SBN 124695)
SARA WILSON, Esq. (SBN 172888)
**STRAZULO FITZGERALD LLP**
275 Battery Street, Suite 200
San Francisco, California 94111
Tel: (415) 394-9500
Fax: (415) 934-9501
swilson@strazlaw.com

Attorneys for Defendant
MONTGOMERY VILLAGE LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL, | CASE NO. 4:08-CV-04690-SBA |
| Plaintiff, | |
| v. | **UPDATED JOINT CASE MANAGEMENT STATEMENT; STIPULATION; ORDER** |
| MONTGOMERY VILLAGE LIMITED PARTNERSHIP; AND DOES 1 through 35, Inclusive, | No trial date set: General Order 56 |
| Defendants. | |

This matter was mediated on August 25, 2010, with Daniel Bowling. The parties have settled the injunctive relief portion of the case and shall file a Consent Decree for injunctive relief forthwith. The parties are expecting to continue to work towards settlement of the economic issues with the assistance of Daniel Bowling and shall schedule an additional conference with Mr.

15567                                                                 **-1-**
**UPDATED JOINT CASE MANAGEMENT STATEMENT; STIPULATION; ORDER**

Bowling for this purpose. The parties request the Case Management Conference currently scheduled for September 16, 2010 at 2:45 p.m. be continued until December 2, 2010, at 2:45 p.m. via telephone to allow the parties the opportunity to resolve the damages portion of the case.

Dated:  September 14, 2010           BARBOSA, METZ, IKEDA & HARRISON, LLP

By _____/s/_____
     Jordon Metz
     Attorneys for Plaintiff

Dated:                               STRAZULO FITZGERALD LLP

By _____/s/_____
     Sara Wilson
     Attorneys for Defendant

Dated:  9/16/10

_____*Saundra B. Armstrong*_____
Judge Saundra Brown Armstrong

15567

**-2-**
**UPDATED JOINT CASE MANAGEMENT STATEMENT; STIPULATION; ORDER**