PATRICIA BARBOSA, Esq. (SBN 125865)
JORDON METZ, Esq. (SBN 167355)
**BARBOSA, METZ, & HARRISON, LLP**
17547 Ventura Blvd., Suite 310
Encino, CA 91316
Tel: (818) 386-1200
Fax: (818) 386-1212
PBarbosa@bmhlegal.com
JMetz@bmhlegal.com

Attorneys for Plaintiff
HOLLYN D'LIL

DENNIS D. STRAZULO, Esq. (SBN 124695)
SARA WILSON, Esq. (SBN 172888)
STRAZULO FITZGERALD, LLP
275 Battery Street, Suite 200
San Francisco, California 94111
Tel: (415) 394-9500
Fax: (415) 934-9501
swilson@strazlaw.com

Attorneys for Defendant
MONTGOMERY VILLAGE LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYN D'LIL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MONTGOMERY VILLAGE LIMITED PARTNERSHIP.; AND DOES 1 through 35, Inclusive,<br><br>　　　　　Defendants. | CASE NO. 4:08-CV-04690-SBA<br><br>HON. SAUNDRA B. ARMSTRONG<br>Civil Rights<br><br>**CONSENT DECREE FOR SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT MONTGOMERY VILLAGE LIMITED PARTNERSHIP FOR PLAINTIFFS' CLAIMS FOR ALL MONETARY CLAIMS, ATTORNEYS' FEES, LITIGATION EXPENSES AND COSTS.**<br>**[Concurrently filed with Proposed Order]**<br><br>No trial date set: General Order 56 |

**CONSENT DECREE AND ORDER**

　　1.　　Plaintiff HOLLYN D'LIL ("Plaintiff") filed her Complaint in this action on

---

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 4:08-CV-04690-SBA                                                                                     1

MontgomeryVillage ConsentDecree-8-21-10 (PB).doc

1  October 9, 2008 to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"),
2  42 U.S.C. §§ 12101 *et seq.*, and California Civil Code §§ 51; 54; and 54.1, and California
3  Health & Safety Code §§ 19952 and 19955 *et seq.*, against Defendant MONTGOMERY
4  VILLAGE LIMITED PARTNERSHIP ("Defendant"), and DOES 1-35, Inclusive. The Parties
5  to this Action have previously reached an agreement to resolve all of Plaintiff's claims for
6  injunctive relief at the subject facilities known as MONTGOMERY VILLAGE in the City of
7  Santa Rosa, by a signed and filed Consent Decree, Confidential Settlement Agreement, and
8  Order.

**JURISDICTION:**

2.  Plaintiff and Defendant hereby agree that the Court has jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. § 1331 for alleged violations of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq.* and for supplemental jurisdiction for California civil rights laws and regulations, and for any remedies following a settlement of Plaintiff's claims.

3.  In order to avoid the costs, expense, and uncertainty of protracted litigation, the parties to this Consent Decree and Confidential Settlement Agreement agree to entry of the concurrently Proposed Order to resolve all of Plaintiff's monetary claims, including statutory, compensatory, and personal injury claims, as well as all claims for attorneys' fees, litigation expenses and costs attributed to Plaintiff's complaint against Defendant at MONTGOMERY VILLAGE and its related facilities. Accordingly, the parties agree to the entry of the concurrently filed Proposed Order without trial or further adjudication of any issues of fact or law concerning Plaintiff's monetary claims for statutory, compensatory, and personal injury claims, as set forth in the Complaint filed by Plaintiff with this Court.

WHEREFORE, the Parties to this Consent Decree hereby agree and stipulate to the Court's entry of this Consent Decree and concurrently filed Proposed Order, which provides as follows:

**SETTLEMENT OF PLAINTIFFS' CLAIMS FOR MONETARY RELIEF:**

4.  The Parties have reached an agreement regarding Plaintiff HOLLYN D'LIL's

claims for statutory, compensatory, or personal injury claims, as well as all claims for attorneys' fees, litigation expenses and costs, as requested in her Complaint before this Court. Defendant hereby agrees to pay Plaintiff the sum of **$220,000**, in full settlement of all of Plaintiff's claims for statutory, compensatory or personal injury damages, attorney fees, litigation expenses and costs for resolution of her Complaint.  Defendant will serve Plaintiff's counsel with a check for **$220,000**, made out to Barbosa, Metz, & Harrison in trust for HolLynn D'Lil by January 15, 2011.

**ENTIRE CONSENT ORDER**:

5.    This Consent Decree and Confidential Settlement Agreement and Release and concurrently filed Proposed Order constitutes the entire agreement between the signing parties on the matter of Plaintiff's claims for monetary relief against Defendant MONTGOMERY VILLAGE, and no other statement, promise, or agreement, either written or oral, made by any of the parties or agents of any of the parties, that is not contained in this written Consent Decree and Confidential Settlement Agreement and Release and concurrently filed Proposed Order, shall be enforceable regarding the matters described herein. This Consent Decree and Confidential Settlement Agreement and Release and concurrently filed Proposed Order applies to all of Plaintiff's monetary claims in the action before this Court.

**CONSENT ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST**:

6.    This Consent Decree and Order and Confidential Settlement Agreement and Release shall be binding on Plaintiff HOLLYN D'LIL and Defendant MONTGOMERY VILLAGE LIMITED PARTNERSHIP and any successors in interest. The Parties have a duty to so notify all such successors in interest of the existence and terms of this Consent Decree and Confidential Settlement Agreement and Release and concurrently filed Proposed Order during the period of the Court's jurisdiction of this Consent Decree and Confidential Settlement Agreement and Release and Order.

**MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542 AS TO PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF AND MONETARY CLAIMS:**

7. Each of the Parties to this Consent Decree and Confidential Settlement Agreement and Release understands and agrees that there is a risk and possibility that, subsequent to the execution of this Consent Decree and Confidential Settlement Agreement and Release, any or all of them will incur, suffer, or experience some further loss or damage with respect to Lawsuit which are unknown or unanticipated at the time this Consent Decree and Confidential Settlement Agreement and Release is signed. Except for all obligations required in this Consent Decree and Confidential Settlement Agreement and Release, the Parties intend that this Consent Decree and Confidential Settlement Agreement and Release apply to all conditions that existed at the subject facilities and all such further loss with respect to the Lawsuit, except those caused by the Parties subsequent to the execution of this Consent Decree and Confidential Settlement Agreement and Release. Therefore, except for all such obligations required in this Consent Decree and Confidential Settlement Agreement and Release, this Consent Decree and Confidential Settlement Agreement and Release shall apply to and cover any and all claims, demands, actions and causes of action by the Parties to this Consent Decree and Confidential Settlement Agreement and Release with respect to the Lawsuit, whether the same are known, unknown or hereafter discovered or ascertained, and the provisions of Section 1542 of the California Civil Code are hereby expressly waived. Section 1542 provides as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

This waiver applies only to Plaintiff's claims for all monetary claims in the Complaint before this Court.

8. Except for all obligations required in this Consent Decree and Confidential Settlement Agreement and Release, each of the Parties to this Consent Decree and Confidential Settlement Agreement and Release, on behalf of each, their respective agents, representatives, predecessors, successors, heirs, partners and assigns, releases and forever discharges each other

Party and all officers, employees, agents, attorneys, insurance carriers, heirs, predecessors, parents, and representatives of each other Party, from all claims, demands, actions, and causes of action of whatever kind or nature, presently known or unknown, arising out of or in any way connected with the Lawsuit.

**TERM OF THE CONSENT DECREE AND ORDER:**

9. This Consent Decree, Confidential Settlement Agreement and Release, and concurrently filed Proposed Order shall be in full force and effect once approved by the Court. The Court shall retain jurisdiction of this action to enforce provisions of this Order in the event that Plaintiff alleges that Defendant has failed to comply with the terms of this Consent Decree and Confidential Settlement Agreement and Release for payment of all of Plaintiff's monetary claims for statutory, compensatory and personal injury damages for the agreed-upon date of payment.

///

**SIGNATORIES BIND PARTIES:**

12. Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Consent Decree, Confidential Settlement Agreement and Release, and the concurrently filed Proposed Order. This Consent Decree, Confidential Settlement Agreement and Release, and concurrently filed Proposed Order may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.

APPROVED AS TO FORM:

Dated: November 22, 2010

PATRICIA BARBOSA
JORDON METZ
BARBOSA, METZ, & HARISSON

Attorneys for Plaintiff
HOLLYN D'LIL

Dated: November 22, 2010

DENNIS STRAZULO
SARA WILSON
STRAZULO FITZGERALD, LLP

_____
Attorneys for Defendant
MONTGOMERY VILLAGE LIMITED
PARTNERSHIP

PARTIES' APPROVAL:

Dated: November 22, 2010

HOLLYN D'LIL

_____
Plaintiff

Dated: November 22, 2010

MONTGOMERY VILLAGE LIMITED
PARTNERSHIP

_____
Defendant
Name: Melissa D. Williams
Title: Vice President

Pursuant to Stipulation, and for good cause shown, IT IS SO ORDERED.
Dated: 3-16, 2011

_____
Hon. Saundra B. Armstrong
United States District Judge Presiding

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 4:08-CV-04690-SBA                                                     6